14 N.Y.3d 823 (2010)
CONTINENTAL CASUALTY COMPANY et al., Appellants,
v.
PRICEWATERHOUSECOOPERS, LLP, Respondent.
EAGLE PARTNERS, L.P., et al., Appellants,
v.
PRICEWATERHOUSECOOPERS, LLP, Respondent.
JEREMY M. JONES et al., Appellants,
v.
PRICEWATERHOUSECOOPERS, LLP, Respondent.
Mo. No. 2010-267.
Court of Appeals of New York.
Submitted March 8, 2010.
Decided April 6, 2010.
*824 Chief Judge LIPPMAN taking no part.
Motion to enlarge the record on appeal herein granted.